# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.


-against-

_____

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____

(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?
☐ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
                        (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                            (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_____

First Name                    Middle Initial        Last Name

_____

Street Address

_____

County, City                          State                Zip Code

_____

Telephone Number                        Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  _____

First Name                          Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                          State                          Zip Code

Defendant 2:  _____

First Name                          Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                          State                          Zip Code

Defendant 3:  _____

First Name                          Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                          State                          Zip Code

Defendant 4: _____

First Name                          Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                          State                   Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | _Joshua Jackson_ |
| | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Street Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

| | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Joshua J. Jackson

2765 Reservoir Avenue, 1B

Bronx, New York 10468

929-726-3451 joshuajamalx@yahoo.com

## SUPPORTING FACTS

On July 23rd of 2022 the complainant, Mr. Joshua J. Jackson, was unlawfully arrested outside his then home at 104 Linden Boulevard in Brooklyn after a verbal altercation with a neighbor that did not turn physical. Officers at the scene, including Inspector Gaby Celiba (67th Precinct) handcuffed Mr. Jackson while they allowed said neighbor, who claimed to be afraid, to continue to approach the Mr. Jackson and continue to harass while yelling obscenities. This incident was recorded on body cameras worn by the officers on the scene and Mr. Jackson has requested this footage previously under the FOIL act but footage has never been provided to the complainant by the 67th Precinct. Mr. Jackson does not personally know this neighbor and does not have any personal relationship or dealings. Mr. Jackson, who had no criminal history at time of arrest, was not questioned at the scene but rather officers took the word of neighbor with extensive criminal record and prison time. At the time of arrest Mr. Jackson was 31 years of age and this neighbor was a 57 years old man.

On March 21st of 2023 Mr. Jackson was arrested again, this time inside his home due to more false claims made to NYPD by this same neighbor with a history of making police complaints on various neighbors. This time the complainants house was illegally searched and items were seized without warrant or probable cause violating the complainant's **fourth amendment** rights. The complainants **fourteenth amendment** rights were also violated as he was refused equal protection under the law during both arrests mentioned and this criminal neighbor was allowed to continue harassment. Mr. Jackson spend at least 24 hours in jail in both arrest and an order of protection was taken out on him making him a prisoner in his own home to a criminal that was allowed to harass him.

On or about July 24th 2022 Attorney Haley Ross of Brooklyn Defender Services was sent in as appointed by the courts (or whomever). Mr. Jackson did not personally request the services of Haley Ross, does not personally know Haley Ross and has never signed over any power of attorney documents to Haley Ross so that she may have any control of any aspect of his life outside of the cases and situations mentioned above of which the court had appointed her.

This malicious prosecution was dragged out for over a year from July 2022 to September 2023 by Attorney Haley Ross with the aid by of

Judges Carolina Holderness and Adam Perlmutter, wasting thousands of tax payer's dollars that could have been put towards real pressing issues. As stated, Mr. Jackson had no criminal history at the time of arrests but ended up making over ten different appearances in court as well as being asked to attend various other meetings outside of court at Brooklyn Defender Services offices with Attorney Haley Ross. The complainant, Mr. Jackson asked to go to trial and have this neighbor appear in court so that the truth could be laid out in hopes this would stop the harassment but Haley Ross was more concerned with continuing to protect organized crime, her own personal gain, and continuing to receive whatever bribes or incentives that she was receiving to keep this fraudulent case going. Mr. Jackson was denied his **fifth amendment** rights to due process of the law. Mr. Jackson has yet to be compensated for time spent fighting this false case of false claims depriving him of life and liberty. Mr. Jackson's **sixth amendment** rights were violated as he was not granted a speedy trial and was not allowed to confront the witness making false claims or obtain his own witnesses in his favor.

Mr. Jackson's **thirteenth amendment** rights were violated because he is not a slave and is not here to serve government officials in their personal gain and at the expense of his own livelihood while not being compensated for his time and work. The case was eventually dismissed but only after Mr. Jackson had already devoted much time and energy, over a year.

On September 5th 2023, upon dismissal of the case, Attorney Haley Ross (Along with Judge Carolina Holderness) lied to the courts to have Mr. Jackson checked into a mental hospital to discredit the premeditated abused and crimes they (the police and various other government appointed officials) had been committing against him for over a year. If Mr. Jackson was in fact mentally unwell then why would they wait over a year and after the case was dismissed to send him for mental evaluation? For over a week Mr. Jackson was held captive at Metropolitan Hospital on 1st Avenue in Manhattan violating his **thirteenth amendment** rights. While in this hospital, under the care of Dr. Harris Wild, Mr. Jackson was sexually assaulted by another patient and body was mutilated in his sleep, which Mr. Jackson feels was and attempt on his life, leaving bodily injuries. During this hospital stay, in which Mr. Jackson did not ask for medical services and asked to leave but was denied, he did not authorize or request any medical procedures or take any medications that were constantly being offered. Mr. Jackson would have never been put in this position had Attorney Haley Ross not lied in her private conversations to the court of which Mr. Jackson was not present to hear. Mr. Jackson stopped communicating with Haley Ross in the middle of the case as he saw that she was not really there to help him. Any statement made to the court by Haley Ross in the name of Mr. Jackson were false and misrepresentations.

The bodily injuries are still present and visible on Mr. Jackson's arm to this day and he has to live with the reminder of this injustice for the rest of his life. Upon release Dr. Harris falsely diagnosed Mr. Jackson with "schizophrenia." Mr. Jackson was not suffering from mental health issues, doesn't have a mental health history and is well enough to know that what these people that were supposed to be there to help did to him for over a year was not right, was a hate crime, illegal and unethical. Upon release from the hospital Mr. Jackson was asked to sign power of attorney documents to Attorney Haley Ross but specifically and intentionally did no sign any document connecting him to Haley Ross. If Attorney Haley Ross has any documents with the complainant's signature then they are fraudulent documents.


**these complaints were filed with the Office of the New York State Comptroller within 90 days of occurrence and will also be shared with the U.S. Department of Justice. Do not have complaint numbers at the time of this document.



Judge Adam Perlmutter



Judge Carolina Holderness



Inspector Gaby Celiba



Dr. Harris Wild



Attorney Haley Ross





