UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSHUA J. JACKSON,

                           Plaintiff,

            -against-

ATTORNEY HALEY ROSS et al,

                          Defendants.
-----------------------------------------------------------------X

25-CV-3392 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On **September 12, 2025**, the Court directed Defendant City of New York to identify the John Doe Defendants and provide service addresses by **October 15, 2025**. ECF No. 24. Once The City of New York provides that information to Plaintiff, Plaintiff is directed to file his amended complaint **within 30 days** of receiving that information. The amended complaint should add the names of the John Doe Defendants identified by the City. Plaintiff's amended complaint will replace his original complaint. See ECF No. 7 at 4. Defendants' responses to the amended complaint will be due **within 30 days** of Plaintiff filing the amended complaint.

      The Clerk of Court is respectfully directed to mail this Order to Plaintiff at the following address:

    Joshua Jackson
    2765 Reservoir Avenue, Apt. 1B
    Bronx, NY 10468

    **SO ORDERED.**

DATED:    New York, New York
               October 6, 2025

                                                                   _____
                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge