UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 JOSHUA J. JACKSON,

                                Plaintiff,

              -against-

ATTORNEY HALEY ROSS et al,

                              Defendants.
-----------------------------------------------------------------X

25-CV-3392 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On **October 6, 2025**, this Court issued an Order directing Plaintiff to file an amended complaint within 30 days of receiving the identities and service addresses of the John Doe Defendants from Defendant City of New York. ECF No. 36. Per the representations in the letter at ECF No. 38-1, the Court understands that Plaintiff has received the relevant identities and service addresses from the City of New York but does not wish to amend his complaint.

Defendant New York City Health + Hospitals Corporation s/h/a NYC Health + Hospitals filed a motion to dismiss on **September 19, 2025** (ECF No. 25), and Defendants Hayley Ross s/h/a Haley Ross and Brooklyn Defender Services filed a motion to dismiss on **October 14, 2025** (ECF No. 37). Plaintiff is directed to respond to both motions or otherwise seek an extension of time to do so by **December 10, 2025**.

Defendants City of New York and Gaby Celiba have not yet responded to the complaint. Both Defendants are hereby directed to respond to Plaintiff's complaint (ECF No. 1) by **December 10, 2025**.

The Clerk of Court is respectfully directed to mail this Order to Plaintiff at the following address:

Joshua Jackson
2765 Reservoir Avenue, Apt. 1B
Bronx, NY 10468

**SO ORDERED.**

DATED:   New York, New York
         November 12, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge

2