UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 JOSHUA J. JACKSON,

                                                                                       25-CV-3392 (JHR) (VF)

                                Plaintiff,

                                                                                         **ORDER**

                     -against-

ATTORNEY HALEY ROSS et al,

                                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       Defendant New York City Health + Hospitals Corporation s/h/a NYC Health + Hospitals filed a motion to dismiss on September 19, 2025 (ECF No. 25), and Defendants Hayley Ross s/h/a Haley Ross and Brooklyn Defender Services filed a motion to dismiss on October 14, 2025 (ECF No. 37). Plaintiff sent a copy of the affidavit now filed at ECF No. 43 to counsel for both Defendant NYC Health + Hospitals and Defendants Haley Ross and Brooklyn Defender Services in response to their respective motions to dismiss. See ECF No. 39 at ¶ 3; ECF No. 42 at 1; ECF No. 44 at ¶ 5. Accordingly, the Court construes the document filed at ECF No. 43 as Plaintiff's opposition to the motions to dismiss. Both motions are now fully briefed.

       The Court also notes that on November 7, 2025, Plaintiff used inappropriate language in e-mail correspondence with counsel for Defendants Haley Ross and Brooklyn Defender Services. See ECF No. 44-2 at 2. Moving forward, Plaintiff is warned that the Court will not tolerate any further lack of civility, candor, or decorum when communicating with opposing counsel or the Court during the pendency of this or any other lawsuit filed in this Court. Vulgar language and name-calling run afoul of the rules of civility and can lead to sanctions, including dismissal of the case. See Sachs v. Matano, No. 15-CV-6049 (JFB) (AKT), 2016 WL 4179792,

at *10 (E.D.N.Y. July 15, 2016) (warning *pro se* plaintiff that "the inappropriate language and overall tenor used in his e[-]mail correspondence" ran afoul of the rules of civility, was a direct impediment to the orderly disposition of the case, and was sanctionable); <u>Jallow v. Geffner</u>, No. 23-CV-3969 (LGS) (KHP), 2025 WL 624077, at *3 (S.D.N.Y. Jan. 30, 2025) (dismissing case where plaintiff was "repeatedly informed . . . that his use of profanity, slurs, insults and threats was not appropriate and warned . . . that his case could be dismissed based on this misconduct").

The Clerk of Court is respectfully directed to mail this Order to Plaintiff at the following address:

Joshua Jackson
2765 Reservoir Avenue, Apt. 1B
Bronx, NY 10468

**SO ORDERED.**

DATED:    New York, New York
          November 24, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge

2