

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZACHARY KALMBACH**
*Senior Counsel*
phone: (212) 356-2322
fax: (212) 356-3509
zkalmbac@law.nyc.gov

January 26, 2026

**By ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:     Joshua Jackson v. Haley Ross, et al.,
>         25 Civ. 3392 (JHR) (VF)

Your Honor:

I represent defendants the City of New York and Gaby Celiba (the "City defendants") in the above-referenced matter.[1] The City defendants write to respectfully request a two-week extension of the deadlines set forth in the current briefing schedule regarding the City defendants' anticipated motion to dismiss the Complaint. Plaintiff does not consent to the extension request (and in fact has already written to the Court via email objecting to the request). This is the City defendants' first such request.

By way of background, plaintiff, who is proceeding *pro se*, brings this action pursuant to 42 U.S.C. § 1983, alleging, *inter alia*, violations of his constitutional rights arising from two prior arrests and prosecutions. (ECF No. 1). On December 10, 2025, the City defendants proposed a briefing schedule for their anticipated motion to dismiss the Complaint which was then endorsed by the Court. (ECF Nos. 47, 48). The briefing schedule provided for the City defendants to serve and file their motion papers by January 28, 2026, plaintiff to serve and file his opposition papers by March 2, 2026, and the City defendants to serve and file their reply papers, if any, by March 23, 2026. (Id.).

The City defendants respectfully request a two-week extension of the deadlines set forth in the above briefing schedule. This case was recently transferred from Mr. Reilingh to Ms. Ling following Mr. Reilingh's departure from the Law Department. As such, while the City defendants are working to expeditiously finalize their moving papers, their efforts to do so have been delayed due to the recent transfer and the resulting time necessary for Ms. Ling to familiarize herself with

---

[1] This case has been assigned to Assistant Corporation Counsel Joanne Ling, who is not yet admitted to the New York State Bar. Ms. Ling is handling this matter under my supervision and may be reached at (212) 356-3518 or jling@law.nyc.gov.

the case.   Accordingly, the City defendants respectfully request that the Court endorse the following briefing schedule regarding their anticipated motion to dismiss the Complaint:

- The City defendants shall serve and file their motion to dismiss by February 11, 2026;

- Plaintiff shall serve and file his opposition to the City defendants' motion to dismiss by March 16, 2026; and

- The City defendants shall serve and file their reply papers, if any, by April 6, 2026.

Additionally, while they intend to raise this issue in their motion to dismiss, the City defendants respectfully submit that plaintiff's continued defiance of the Court's November 24, 2025, Order to cease his use of inappropriate language in email correspondence with counsel should result in dismissal for the reasons set forth in the Order and in the cases cited therein.  (ECF No. 46).   While plaintiff's reference to defense counsel as "weird" in his latest email correspondence with the Court lacks civility, he sent much more concerning and borderline-threatening emails to Mr. Reilingh prior to Mr. Reilingh's departure from this Office.   In the emails, which are attached hereto as Exhibit A, plaintiff, *inter alia*, referred to Mr. Reilingh as a "corrupt motherfucka[]" and a "racist demon," included a photograph of Mr. Reilingh (which the City defendants have redacted), and commented on Judge Rearden's race.  Given that plaintiff was specifically and forcefully warned to cease such conduct, this case should be dismissed.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Senior Counsel*

Encl.

cc:   **Via FIRST-CLASS MAIL**
Joshua Jackson
*Plaintiff* pro se
2765 Reservoir Avenue, Apt. 1B
Bronx, NY 10468

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: January 28, 2026

The proposed briefing schedule is ADOPTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 49.

2