UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 JOSHUA J. JACKSON,

                                       Plaintiff,

                    -against-

ATTORNEY HALEY ROSS et al,

                               Defendants.
-----------------------------------------------------------------X

                                              25-CV-3392 (JHR) (VF)

                                               **ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On November 24, 2025, the undersigned issued an order warning Plaintiff that the Court will not tolerate any lack of civility, candor, or decorum when communicating with opposing counsel or the Court during the pendency of this or any other lawsuit filed in this Court. ECF No. 46. As explained previously, vulgar language and name-calling run afoul of the rules of civility and can lead to sanctions, including dismissal of the case. See Sachs v. Matano, No. 15-CV-6049 (JFB) (AKT), 2016 WL 4179792, at *10 (E.D.N.Y. July 15, 2016) (warning *pro se* plaintiff that "the inappropriate language and overall tenor used in his e[-]mail correspondence" ran afoul of the rules of civility, was a direct impediment to the orderly disposition of the case, and was sanctionable); Jallow v. Geffner, No. 23-CV-3969 (LGS) (KHP), 2025 WL 624077, at *3 (S.D.N.Y. Jan. 30, 2025) (dismissing case where plaintiff was "repeatedly informed . . . that his use of profanity, slurs, insults and threats was not appropriate and warned . . . that his case could be dismissed based on this misconduct").

Nevertheless, Plaintiff has continued to use inappropriate and profane language towards defense counsel and has inappropriately commented on the race of the Honorable Jennifer H. Rearden. See ECF Nos. 49, 49-1. Defense counsel also believes Plaintiff has begun using a

second e-mail address to send additional threatening and vulgar correspondence to counsel. See ECF Nos. 50, 50-1.

The Court now issues a second and final warning that it will not tolerate any further lack of civility, candor, or decorum when communicating with opposing counsel or the Court during the pendency of this or any other lawsuit filed in this Court. "Malicious statements against Defense Counsel, Defendants, and/or this Court will not be tolerated and is sanctionable." Taylor v. Molina, No. 22-CV-09747 (ALC), 2025 WL 1886366, at *4 (S.D.N.Y. June 30, 2025). Plaintiff is hereby warned that this continued behavior may result in sanctions, including dismissal of Plaintiff's suit.

The Clerk of Court is respectfully directed to mail this Order to Plaintiff at the following address:

Joshua Jackson
2765 Reservoir Avenue, Apt. 1B
Bronx, NY 10468

**SO ORDERED.**

DATED:    New York, New York
          January 30, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge

2