UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 JOSHUA J. JACKSON,

                                  Plaintiff,

                 -against-

ATTORNEY HALEY ROSS et al,

                                Defendants.
-----------------------------------------------------------------X

25-CV-3392 (JHR) (VF)

**ORDER RESCHEDULING
CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court previously scheduled a conference with the parties for **Monday, February 23, 2026** to discuss the issues raised in Defendants' letters at ECF Nos. 49, 50, and 53. ECF No. 54. Plaintiff did not appear. Accordingly, a conference to discuss the issues raised in Defendants' letters at ECF Nos. 49, 50, and 53 is hereby rescheduled for **Tuesday, April 14, 2026, at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [550 599 330#].**

The Clerk of Court is respectfully directed to mail this Order to Plaintiff at the following address:

Joshua Jackson
2765 Reservoir Avenue, Apt. 1B
Bronx, NY 10468

**SO ORDERED.**

DATED:     New York, New York
            February 25, 2026

                                 _____
                                 VALERIE FIGUEREDO
                                 United States Magistrate Judge