UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSHUA J. JACKSON,

                         Plaintiff,

           -against-

ATTORNEY HALEY ROSS et al,

                     Defendants.
-----------------------------------------------------------------X

25-CV-3392 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court construes Plaintiff's affidavit filed at ECF No. 60 as his opposition to

Defendants City of New York and Gaby Celiba's motion to dismiss. See ECF No. 55.

The Clerk of Court is respectfully directed to mail this Order to Plaintiff at the following

address:

Joshua Jackson
2765 Reservoir Avenue, Apt. 1B
Bronx, NY 10468

      **SO ORDERED.**

DATED:    New York, New York
           March 24, 2026

                                      _____
                                 VALERIE FIGUEREDO
                                 United States Magistrate Judge