UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 JOSHUA J. JACKSON,

                                Plaintiff,

           -against-

ATTORNEY HALEY ROSS et al,

                            Defendants.
------------------------------------------------------------------X

25-CV-3392 (JHR) (VF)

**ORDER RESCHEDULING
CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

At the request of the parties, the conference to discuss the issues raised in Defendants' letters at ECF Nos. 49, 50, and 53 is hereby rescheduled for **Thursday, May 14, 2026 at 11 a.m.** The parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [550 599 330#].**

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 63.

The Clerk of Court is further directed to mail this Order to Plaintiff at the following address:

Joshua Jackson
2765 Reservoir Avenue, Apt. 1B
Bronx, NY 10468

     **SO ORDERED.**

DATED:    New York, New York
           April 6, 2026

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge