UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSHUA J. JACKSON,

                                Plaintiff,

                     -against-

ATTORNEY HALEY ROSS et al,

                             Defendants.
-----------------------------------------------------------------X

25-CV-3392 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court construes Plaintiff's memorandum at ECF No. 66 as his sur-reply to

Defendants City of New York and Gaby Celiba's motion to dismiss. See ECF No. 55. No

additional briefing on the motion will be considered.

The Clerk of Court is further directed to mail this Order to Plaintiff at the following

address:

Joshua Jackson
2765 Reservoir Avenue, Apt. 1B
Bronx, NY 10468

**SO ORDERED.**

DATED:    New York, New York
             April 10, 2026

                                                   _____
                                             VALERIE FIGUEREDO
                                             United States Magistrate Judge